MILTON J. MUSCHETTE v.
THE GATEWAY INSURANCE CO.

July 20, 1977. Petition for certification granted. (See 149 *N. J. Super.* 89)

MILTON J. MUSCHETTE v.
THE GATEWAY INSURANCE CO.

July 20, 1977. Cross Petition for certification denied. (See 149 *N. J. Super.* 89)

ELMA BAGLIVO v. COUNTRY SQUIRE MOTOR LODGE.

July 20, 1977. Petition for certification denied.

SUBURBAN SAVINGS & LOAN ASSN. v. COMMISSIONER OF BANKING OF THE STATE OF NEW JERSEY.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD ALLEN HAUSER.

July 20, 1977. Petition for certification denied. (See 147 *N. J. Super.* 221)